UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MAURIE LEMLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. CV-13-0299-JTR<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, WITHOUT PREJUDICE |

**BEFORE THE COURT** is Plaintiff's October 21, 2013, pleading which the Court has construed as a motion for summary judgment. ECF No. 11. Plaintiff is proceeding *pro se* and has consented to proceed before a magistrate judge, ECF No. 7.

The Court file indicates the Office of the United States Attorney has not filed a notice of appearance in this case, and no Answer to Plaintiff's Complaint, filed on August 9, 2013, has been filed by Defendant. It appears from a review of the summons, ECF No. 6, that Defendant has not been properly served in this case. *See* Fed. R. Civ. P. 4(i)(1)(A). Accordingly, at this time, Plaintiff's motion for summary judgment, ECF No. 11, is premature. Plaintiff's motion for summary judgment should only be filed after Defendant has been properly served[1] and after the Administrative Record has been lodged in the case.

---

[1] Plaintiff has 120 days from the date of the filing of the Complaint in which to effectuate service. Fed. R. Civ. P. 4(m).

ORDER DENYING PLAINTIFF'S MOTION . . . - 1

Once Defendant has been properly served, Defendant will thereafter file an Answer and lodge the Administrative Record. It can take several weeks for the Administrative Record to be located and filed with the Court. Upon Plaintiff's receipt of the Administrative Record, Plaintiff will be responsible for preparing a proposed stipulated scheduling order and proposed order setting forth the briefing schedule for the case. Plaintiff will determine the briefing dates, allowing Defendant 42 days to respond to Plaintiff's motion for summary judgment unless otherwise requested. With respect to the hearing date for the motions, Plaintiff shall contact the Office of the United States Attorney for the Judge's next available date.

Plaintiff's motion for summary judgment, **ECF No. 11**, is **DENIED WITHOUT PREJUDICE,** with leave to renew after Defendant is properly served and the Administrative Record has been lodged in this matter.

**IT IS SO ORDERED**. The District Court Executive is directed to file this Order and provide a copy to Plaintiff.

DATED October 23, 2013.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER DENYING PLAINTIFF'S MOTION . . . - 2